**CIES BISKER, LLC, Plaintiff– Appellant,**

v.

**3M COMPANY, Defendant–Appellee,**

**and**

**Floorgraphics, Inc., Defendant– Appellee,**

**and**

**News America Marketing In–Store, LLC and News America Marketing In–Store Services, LLC, Defendants–Appellees.**

No. 2010–1386.

United States Court of Appeals, Federal Circuit.

Feb. 22, 2011.

Todd I. Blumenfeld, Friedman, Suder & Cooke, of Fort Worth, TX, argued for plaintiff-appellant. With him on the brief was Jonathan T. Suder.

David B. Weaver, Vinson & Elkins LLP, of Austin, TX, argued for all defendants-appellees. With him on the briefs were Stephen M. Hash, Jennifer Librach Nall; and Hilary L. Preston, of New York, N.Y.

**332**

for News America Marketing In–Store, LLC, et al.

David D. Bahler, Travis M. Wohlers and Sarah R. Holland of Fulbright & Jaworski, LLP, of Austin, TX, on the brief for 3M Company.

Eric J. Maurer, Boies, Schiller & Flexner, LLP, of Washington, DC, on the brief for Floorgraphics, Inc.

Before NEWMAN, LOURIE, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**